1  XAVIER BECERRA
   Attorney General of California
2  ELIZABETH S. ANGRES
   Supervising Deputy Attorney General
3  GARY OSTRICK
   Deputy Attorney General
4  State Bar No. 211031
    300 South Spring Street, Suite 1702
5   Los Angeles, CA  90013
    Telephone: (213) 897-8055
6   Fax: (213) 897-2810
    E-mail: Gary.Ostrick@doj.ca.gov
7
   Attorneys for Defendants Medical Board of
8  California, Kimberly Kirchmeyer, Dev GnanaDev.,
   M.D. (erroneously sued as Dev Cnanadev, M.D.),
9  Denise Pines, Michael Bishop, M.D., Randy W.
   Hawkins, M.D., Howard R. Krauss, M.D., Sharon
10 Levine, M.D. (erroneously sued as Sheron Levine,
   M.D.), Ronald H. Lewis, M.D., Gerrie Schipske,
11 R.N.P., J.D., Jamie Wright, Barbara Yaroslavsky,
   Felix C. Yip, M.D., Peter Tom, M.D., Khosrow
12 Afsari, M.D., and Smita Chandra, M.D.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST LINCOLN BONNER, JR., M.D.,<br><br>Plaintiff,<br><br>v.<br><br>MEDICAL BOARD OF CALIFORNIA, et al.,<br><br>Defendants. | Case No. 2:17-CV-00445-KJM-DB<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR AN EXTENSION OF TIME AND ADDITIONAL PAGES FOR DEFENDANTS' RESPONSE TO PLAINTIFF ERNEST LINCOLN BONNER, JR., M.D.'S FIRST AMENDED COMPLAINT**<br><br>Judge:     Kimberly J. Mueller<br>Courtroom: 3<br><br>Trial Date    Not set yet<br>Action Filed: February 27, 2017 |

| | |
|---|---|
| 1 | The Court having reviewed and considered Defendants' Ex Parte Application for |
| 2 | Extension of Time and Additional Pages for Defendants' Response to Plaintiff Ernest Lincoln |
| 3 | Bonner, Jr., M.D.'s First Amended Complaint, considered any opposition filed by Plaintiff Ernest |
| 4 | Lincoln Bonner, Jr., M.D., and finding good cause, HEREBY ORDERS: |
| 5 |     1.    Defendants' Ex Parte Application for Extension of Time and Additional Pages for |
| 6 | Defendants' Response to Plaintiff Ernest Lincoln Bonner, Jr., M.D.'s First Amended Complaint |
| 7 | is GRANTED; |
| 8 |     2.    Defendants' deadline for filing a response to Plaintiff's First Amended Complaint |
| 9 | shall be extended from May 25, 2017, to June 15, 2017; |
| 10 |     3.    Defendants shall have a limit of 30 pages for their opening memorandum of points |
| 11 | and authorities in response to Plaintiff's First Amended Complaint; |
| 12 |     4.    Plaintiff will have a limit of 30 pages for his opposing memorandum of points and |
| 13 | authorities; and |
| 14 |     5.    Defendants will have a limit of 15 pages for their reply memorandum of points |
| 15 | authorities. |
| 16 | DATED: May 18, 2017. |

_____
UNITED STATES DISTRICT JUDGE

1

ORDER GRANTING EX PARTE APPL. FOR EXTENSION OF TIME & ADDITIONAL PAGES FOR DEFS.'
RESPONSE TO PL.'S FIRST AMENDED COMPLAINT (Case No. 2:17-CV-00445-KJM-DB)