XAVIER BECERRA
Attorney General of California
ELIZABETH S. ANGRES
Supervising Deputy Attorney General
GARY OSTRICK
Deputy Attorney General
State Bar No. 211031
  300 South Spring Street, Suite 1702
  Los Angeles, CA 90013
  Telephone: (213) 269-6523
  Fax: (916) 731-2120
  E-mail: Gary.Ostrick@doj.ca.gov

Attorneys for Defendants Medical Board of
California, Kimberly Kirchmeyer, Dev GnanaDev.,
M.D., Denise Pines, Michael Bishop, M.D., Randy
W. Hawkins, M.D., Howard R. Krauss, M.D.,
Sharon Levine, M.D., Ronald H. Lewis, M.D.,
Gerrie Schipske, R.N.P., J.D., Jamie Wright,
Barbara Yaroslavsky, Felix C. Yip, M.D., Cathy
Lozano, Paulette Romero, Cyndie Kouza, Peter
Tom, M.D., Khosrow Afsari, M.D., and Smita
Chandra, M.D.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST LINCOLN BONNER, JR., M.D.,<br><br>                            Plaintiff,<br><br>v.<br><br>MEDICAL BOARD OF CALIFORNIA, et al.,<br><br>                            Defendants. | Case No. 2:17-CV-00445-KJM-DB<br><br>**ORDER APPROVING STIPULATION TO EXTEND THE TIME FOR DEFENDANTS' FILING OF ANSWERS TO PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>Judge:    Kimberly J. Mueller<br>Courtroom: 3<br><br><br>Trial Date    Not set yet<br>Action Filed: February 27, 2017 |

1 | Upon review and consideration of the Stipulation to Extend the Time for Defendants'
2 | Filing of Answers to Plaintiff's Second Amended Complaint submitted jointly by Plaintiff Ernest
3 | Lincoln Bonner, Jr., M.D. (Plaintiff) and Defendants Kimberly Kirchmeyer, Cathy Lozano,
4 | Paulette Romero, Cyndie Kouza, Peter Tom, M.D., Khosrow Afsari, M.D., and Smita Chandra,
5 | M.D. (collectively, Defendants), and for good cause shown, the Court HEREBY ORDERS:

1. Defendants' deadline for filing answers to Plaintiff's Second Amended Complaint shall be extended by fourteen (14) days from August 23, 2019, to September 6, 2019.

IT IS SO ORDERED.

DATED: August 19, 2019.

_____
UNITED STATES DISTRICT JUDGE