1  XAVIER BECERRA
   Attorney General of California
2  ELIZABETH S. ANGRES
   Supervising Deputy Attorney General
3  GARY OSTRICK
   Deputy Attorney General
4  State Bar No. 211031
    300 South Spring Street, Suite 1702
5   Los Angeles, CA  90013
    Telephone:  (213) 269-6523
6   Fax:  (916) 731-2120
    E-mail:  Gary.Ostrick@doj.ca.gov

Attorneys for Defendants Medical Board of
California, Kimberly Kirchmeyer, Dev GnanaDev.,
M.D., Denise Pines, Michael Bishop, M.D., Randy
W. Hawkins, M.D., Howard R. Krauss, M.D.,
Sharon Levine, M.D., Ronald H. Lewis, M.D.,
Gerrie Schipske, R.N.P., J.D., Jamie Wright,
Barbara Yaroslavsky, Felix C. Yip, M.D., Cathy
Lozano, Paulette Romero, Cyndie Kouza, Peter
Tom, M.D., Khosrow Afsari, M.D., and Smita
Chandra, M.D.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST LINCOLN BONNER, JR., M.D., <br><br> Plaintiff, <br><br> v. <br><br> MEDICAL BOARD OF CALIFORNIA, et al., <br><br> Defendants. | Case No. 2:17-CV-00445-KJM-DB <br><br> **ORDER APPROVING SECOND STIPULATION FOR MODIFICATION OF SCHEDULING ORDER** <br><br><br> Judge:     Kimberly J. Mueller <br> Courtroom: 3 <br><br><br> Trial Date   Not set yet <br> Action Filed: February 27, 2017 |

Upon review and consideration of the Second Stipulation for Modification of Scheduling Order submitted jointly by Plaintiff Ernest Lincoln Bonner, Jr., M.D. (Plaintiff) and Defendants Kimberly Kirchmeyer, Cathy Lozano, Paulette Romero, Cyndie Kouza, Peter Tom, M.D., Khosrow Afsari, M.D., and Smita Chandra, M.D. (collectively, Defendants), and for good cause shown, the Court HEREBY ORDERS:

The Status (Pretrial Scheduling) Order dated September 20, 2019, as modified by Order dated February 7, 2020, is hereby modified as follows:

1. The deadline for the completion of non-expect discovery shall be extended from May 1, 2020, to September 4, 2020.
2. The deadline for the exchange of expert disclosures shall be extended from May 15, 2020, to September 15, 2020.
3. The deadline for the exchange of rebuttal witness disclosures shall be extended from June 15, 2020, to October 15, 2020.
4. The deadline for the completion of expert discovery shall be extended from July 1, 2020, to October 30, 2020.
5. The deadline for the hearing of dispositive motions shall be extended from August 28, 2020, to December 11, 2020.
6. The deadline for the completion of settlement efforts, including a settlement conference with the Magistrate Judge, shall be extended from September 4, 2020, to January 8, 2021.

IT IS SO ORDERED.

DATED: March 27, 2020.

CHIEF UNITED STATES DISTRICT JUDGE