1    XAVIER BECERRA
Attorney General of California
2    ELIZABETH S. ANGRES
Supervising Deputy Attorney General
3    GARY OSTRICK
Deputy Attorney General
4    State Bar No. 211031
   300 South Spring Street, Suite 1702
5    Los Angeles, CA 90013
   Telephone: (213) 269-6523
6    Fax: (916) 731-2120
   E-mail: Gary.Ostrick@doj.ca.gov

Attorneys for Defendants Medical Board of
California, Kimberly Kirchmeyer, Dev GnanaDev.,
M.D., Denise Pines, Michael Bishop, M.D., Randy
W. Hawkins, M.D., Howard R. Krauss, M.D.,
Sharon Levine, M.D., Ronald H. Lewis, M.D.,
Gerrie Schipske, R.N.P., J.D., Jamie Wright, Felix
C. Yip, M.D., Cathy Lozano, Paulette Romero,
Cyndie Kouza, Peter Tom, M.D., Khosrow Afsari,
M.D., and Smita Chandra, M.D.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST LINCOLN BONNER, JR., M.D., <br><br> Plaintiff, <br><br> v. <br><br> MEDICAL BOARD OF CALIFORNIA, et al., <br><br> Defendants. | Case No. 2:17-CV-00445-KJM-DB <br><br> **ORDER APPROVING THIRD STIPULATION FOR MODIFICATION OF SCHEDULING ORDER** <br><br> Judge: Kimberly J. Mueller <br> Courtroom: 3 <br><br> Trial Date   Not set yet <br> Action Filed: February 27, 2017 |

Upon review and consideration of the Third Stipulation for Modification of Scheduling Order submitted jointly by Plaintiff Ernest Lincoln Bonner, Jr., M.D. (Plaintiff) and Defendants Kimberly Kirchmeyer, Cathy Lozano, Paulette Romero, Cyndie Kouza, Peter Tom, M.D., Khosrow Afsari, M.D., and Smita Chandra, M.D. (collectively, Defendants), and for good cause shown, the Court HEREBY ORDERS:

The Status (Pretrial Scheduling) Order dated September 20, 2019, as modified by the Orders dated February 7 and March 30, 2020, is hereby modified as follows:

1. The deadline for the completion of non-expect discovery shall be extended from September 4, 2020, to December 4, 2020.
2. The deadline for the exchange of expert disclosures shall be extended from September 15, 2020, to December 15, 2020.
3. The deadline for the exchange of rebuttal witness disclosures shall be extended from October 15, 2020, to January 15, 2021.
4. The deadline for the completion of expert discovery shall be extended from October 30, 2020, to January 29, 2021.
5. The deadline for the hearing of dispositive motions shall be extended from December 11, 2020, to March 26, 2021.
6. The deadline for the completion of settlement efforts, including a settlement conference with the Magistrate Judge, shall be extended from January 8, 2021, to April 30, 2021.

IT IS SO ORDERED.

DATED: August 12, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE