UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ernest Lincoln Bonner, Jr., M.D., | No. 2:17-cv-00445-KJM-DB |
| Plaintiff, | ORDER |
| v. | |
| Medical Board of California, et al., | |
| Defendants. | |

On November 30, 2020, this court granted the motion to terminate attorney Allen C. Hassan as counsel for plaintiff Ernest Bonner, Jr., M.D.  ECF No. 81.  The court stayed the action thirty days to permit Mr. Bonner to obtain alternate counsel.  *Id.*  Alternate counsel has not appeared.

This action is thus **referred** to the assigned magistrate judge for all pretrial purposes under 28 U.S.C. § 636 and Local Rule 302(c)(21).

The defendants' pending ex parte request to modify the pretrial scheduling order, ECF No. 82, is likewise referred to the assigned magistrate judge and remains pending.

IT IS SO ORDERED.

DATED: January 11, 2021.

CHIEF UNITED STATES DISTRICT JUDGE

1