UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST LINCOLN BONNER, JR., M.D., | No. 2:17-cv-0445 KJM DB PS |
| Plaintiff, | |
| v. | ORDER |
| MEDICAL BOARD OF CALIFORNIA, et al., | |
| Defendants. | |

On February 27, 2017, plaintiff commenced this action through counsel by filing a complaint and paying the required filing fee. (ECF No. 1.) On November 13, 2020, defendants filed motions to compel. (ECF Nos. 79 & 80.) However, on November 30, 2020, the assigned District Judge granted a motion terminating plaintiff's counsel and staying this action. (ECF No. 81.)

On January 12, 2021, the assigned District Judge lifted the stay in this action and referred this matter to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). (ECF No. 83.) Thereafter, the parties appeared before the undersigned for a Status (Pretrial Scheduling) Conference. (ECF No. 90.) Defendants have not re-noticed their motions to compel. Those motions, therefore, will be denied without prejudice to renewal.

////

1

Accordingly, IT IS HEREBY ORDERED that defendants' November 13, 2020 motions to compel (ECF Nos. 79 & 80) are denied without prejudice to renewal.

Dated:  August 30, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.pro se/bonner0445.mtc.den.ord