UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST LINCOLN BONNER, JR., M.D., | No. 2:17-cv-0445 KJM DB PS |
| Plaintiff, | |
| v. | ORDER |
| MEDICAL BOARD OF CALIFORNIA, et al., | |
| Defendants. | |

On February 27, 2017, plaintiff commenced this action through counsel by filing a complaint and paying the required filing fee. (ECF No. 1.) However, on November 30, 2020, the assigned District Judge granted a motion terminating plaintiff's counsel and staying this action. (ECF No. 81.) On January 8, 2021, defendants filed an ex parte application for clarification of the effects of the stay. (ECF No. 82.) On January 12, 2021, this matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). (ECF No. 83.) On March 29, 2021, the undersigned issued a scheduling order. (ECF No. 91.)

Because the stay in this action has been lifted and a scheduling order issue defendants' ex parte application will be denied.

////

////

1

Accordingly, IT IS HEREBY ORDERED that defendants' January 8, 2021 ex parte application (ECF No. 82) is denied.

Dated:  September 27, 2021

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.pro se/bonner0445.clar.ord