1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | ERNEST LINCOLN BONNER, JR., M.D.,    No.  2:17-cv-0445 KJM DB PS

12 | Plaintiff,

13 | v.    ORDER

14 | MEDICAL BOARD OF CALIFORNIA, et al.,

15

16 | Defendants.

17

18      On January 12, 2021, this matter was referred to the undersigned in accordance with Local

19 Rule 302(c)(21) and 28 U.S.C. § 636(b)(1) as plaintiff was proceeding pro se.  (ECF No. 83.)  On

20 January 4, 2022, the undersigned took under submission the parties' cross-motions for summary

21 judgment.  (ECF Nos. 105 & 113.)  However, on January 11, 2022, attorney Gary Lee Sherrer

22 substituted in as attorney for plaintiff.  (ECF No. 123.)

23      Because plaintiff is no longer proceeding pro se in this action, Local Rule 302(c)(21) no

24 longer applies and the case will be referred back to the assigned District Judge.  Therefore, all

25 pretrial motions, other than discovery motions, should now be noticed for hearing before the

26 District Judge assigned to this action.  The assigned magistrate judge shall continue to perform all

27 duties described in Local Rule 302(c)(1)-(20).

28 ////

1        Accordingly, IT IS HEREBY ORDERED that:

2        1.  This matter is referred back to the District Judge assigned to this action pursuant to

3  Local Rule 302(c)(21);

4        2.  All dates pending before the undersigned are vacated;

5        3.  Henceforth the caption on documents filed in this action shall be

6  No. 2:17-cv-0445 KJM DB with the "PS" designation being eliminated; and

7        4.  The parties shall re-notice their motions for summary judgment for hearing before the

8  assigned District Judge.

9  Dated:  January 25, 2022

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.pro se/bonner0445.refer.back

2